## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

-------------------------------------------------x
**In Re:**

Anthony A. Williams

**Case Number** 13-41598-nhl
**Chapter 13**

**Adv. Proc. No:**
**Hearing Date:**

**Debtor**
-------------------------------------------------x

### Proceeding Memorandum/Order

**Matter:**  Status Hearing on Loss Mitigation held on December 2, 2014

**MOVANT/PARTIES:**

**COURT ACTION:**
- ☐ Granted
- ☐ Approved
- ☐ Moot
- ☐ Denied
- ☐ Denied Without Prejudice
- ☐ Withdrawn in Open Court
- ☐ Sustained
- ☐ Overruled
- ☐ Continued to: _____
- ☐ Proposed Order to be submitted by: _____
- ☐ Stipulation to be submitted by: _____
- ☐ Taken Under Advisement: _____

It is hereby ORDERED that the Loss Mitigation Status Hearing is adjourned to January 22, 2015 at 10:30 a.m.; and it is further ORDERED that the Loss Mitigation Period is extended to January 22, 2015 at 10:30 a.m; and it is further ORDERED, that Counsel for the Debtor, the Debtor, Counsel for Carrington Mortgage Services, and Justin Sianez, Representative of Carrington Mortgage Services, hold a telephonic conference by January 9, 2015; and it is further ORDERED that the parties file a status report with the Court by no later than 4:00 p.m. on January 15, 2015.



Dated: December 4, 2014
Brooklyn, New York

**Nancy Hershey Lord**
**United States Bankruptcy Judge**